EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>   Gilberto Cuevas Vélez | 2004 TSPR 91<br><br>161 DPR \_\_\_\_ |

Número del Caso: TS-2063


Fecha: 7 de junio de 2004


 Oficina de Inspección de Notarías:

                    Lcda. Carmen H. Carlos
                    Directora

 Colegio de Abogados de Puerto Rico:

                    Lcdo. Ángel N. Candelario Cáliz
                    Oficial Investigador

 Abogado del Querellado:

                    Por Derecho Propio



Materia: Solicitud para la Reinstalación al Ejercicio de la
         Profesión de Abogado



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Gilberto Cuevas Vélez

                              TS-2063




                          RESOLUCIÓN



San Juan, Puerto Rico, a 7 de junio de 2004.


        Examinada la moción en cumplimiento de orden
presentada por el Colegio de Abogados, se autoriza
la reinstalación de Gilberto Cuevas Vélez al
ejercicio de la abogacía.

        Se le apercibe que futuros incumplimientos a
la notaría y sus reglamentos podrán conllevar la
separación permanente del ejercicio profesional. Se
le apercibe también que en el futuro deberá cumplir
rigurosamente con las resoluciones de este Tribunal.

        Lo acordó el Tribunal y certifica la
Secretaria del Tribunal Supremo. El Juez Asociado
señor Rebollo López no intervino.




                        Patricia Otón Olivieri
                     Secretaria del Tribunal Supremo